**Brian Franklin THAMES,**
**Plaintiff–Appellant,**

v.

**Roxanna GILLETTE; et al.,**
**Defendants–Appellees.**

No. 01–16859.

D.C. No. CV–99–01224–FCD.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.[*]

Decided March 20, 2002.

Before CANBY, BEEZER, and PAEZ,
Circuit Judges.

MEMORANDUM [**]

Brian Franklin Thames, a California
state prisoner, appeals pro se the district
court's summary judgment for prison offi-
cials in his 42 U.S.C. § 1983 action alleging
he was retaliated against for exercising his
First Amendment rights. We have juris-
diction under 28 U.S.C. § 1291, and we
affirm.

We review de novo a grant of summary
judgment. *Margolis v. Ryan*, 140 F.3d
850, 852 (9th Cir.1998).

Thames contends that he was placed in
administrative segregation and transferred
to another prison because he threatened to

file a grievance against his creative writing
teacher. Because Thames failed to contro-
vert defendants' evidence that their actions
served legitimate penological goals, the
district court properly granted summary
judgment for defendants. *See Pratt v.
Rowland*, 65 F.3d 802, 806 (9th Cir.1995).

We grant Thames's motion to lodge doc-
uments.

We deny Thames's motion for appoint-
ment of counsel because he has not shown
"exceptional circumstances." *Terrell v.
Brewer*, 935 F.2d 1015, 1017 (9th Cir.1991).

**AFFIRMED.**

---

[*] This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

